

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00381-CV

**Karey Bernard Statin**

**v.**

**Invum Two LLC**

NO. 1042961 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/22/2014 | E-PAID | APE |
| CLK RECORD | UNKNOWN | 05/19/2014 | UNKNOWN | ANT |
| FILING | $195.00 | 05/09/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 27, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**